1    Peter R. Afrasiabi (Bar No. 193336)
     Email: pafrasiabi@onellp.com
2    Taylor C. Foss (Bar No. 253486)
     Email: tfoss@onellp.com
3    **ONE LLP**
     23 Corporate Plaza, Suite 150-105
4    Newport Beach, CA 92660
     Telephone:  (949) 502-2870
5    Facsimile:   (949) 258-5081

6    Attorney for Plaintiff,
     DOLLS KILL, INC.

7

8

9

10            **UNITED STATES DISTRICT COURT**

11           **NORTHERN DISTRICT OF CALIFORNIA**

12

| | |
|---|---|
| 13   DOLLS KILL, INC., a California corporation, | Case No. |
| 14 | |
| 15           Plaintiff, | **COMPLAINT FOR COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)** |
| 16        v. | **DEMAND FOR JURY TRIAL** |
| 17 | |
| 18   REBELSMARKET, INC., a Delaware corporation, and DOES 1-10, inclusive, | |
| 19 | |
| 20         Defendants. | |

21

22

23

24

25

26

27

28

---

**COMPLAINT**

Dolls Kill, Inc. ("DK"), by and through its attorneys of record, complains against RebelsMarket, Inc. ("RebelsMarket"), and DOES 1-10, inclusive, (collectively, "Defendants") as follows:

## JURISDICTION AND VENUE

1.       This is a civil action against Defendants for their acts of copyright infringement in violation of the United States Copyright Act, 17 U.S.C. §§ 101, et seq.

2.       This Court has subject matter jurisdiction over this copyright infringement action under 28 U.S.C. §§ 1331, 17 U.S.C. § 501(a), and 28 U.S.C. § 1338(a).

3.       Venue is proper in this District under 28 U.S.C. §§ 1391(b) and (c) and 28 U.S.C. § 1400(a) in that the claim arises in this Judicial District, the Defendants transact business in this Judicial District, and the injury suffered by DK took place in this Judicial District. Defendants are subject to the general and specific personal jurisdiction of this Court because of their contacts with the State of California.

## PARTIES

4.       Plaintiff DK is a leading global fashion retailer. The company operates an online website and e-commerce platform at www.dollskill.com, where it features many original products, photographs, designs, and graphics. DK expends significant resources in developing its own products, designs, and graphics, and its customers have come to recognize and love DK's unique products and creations.

5.       DK is a Delaware corporation with its principal place of business at 55 Harrison St., Suite 200, Oakland, CA 94607.

6.       DK is informed and believes, and on that basis alleges, that Defendant RebelsMarket is a Delaware corporation with a principal place of business at 208 Rushclife Ct., El Dorado Hills, CA 95762.

7.       DOES 1 through 10, inclusive, are unknown to DK, who therefore sues said Defendants by such fictitious names. DK will ask leave of Court to amend this

1   Complaint and insert the true names and capacities of said Defendants when the
2   same have been ascertained. DK is informed and believes and, upon such, alleges
3   that each of the Defendants designated herein as a "DOE" are legally responsible in
4   some manner for the events and happenings herein alleged, and that DK's damages
5   as alleged herein were proximately caused by such Defendants.

6                        **STATEMENT OF FACTS**

7                 *Plaintiff's Business and the Photographs At Issue*

8           8.      As part of DK's business, DK designs apparel and additionally designs
9   graphics for use in that apparel. Additionally, DK takes photographs of models
10  wearing apparel, at times incorporating graphics, in professionally lighted and
11  photographed photo-shoots, thereby creating stylized photographs with high
12  production value. In this manner, DK has authored many iconic images worth
13  thousands of dollars. The images set forth in this Complaint (the "Photos") are
14  images at issue in this dispute. Additionally, thirteen (13) of those photos also
15  incorporate a DK copyrighted graphic (the "Graphics"). In the marketplace,
16  professional product photographs, such as the Photos, and high-quality designs, such
17  as the Graphics, carry substantial monetary value.

18          9.      DK has timely obtained the copyright registration for the Photos and
19  Graphics with the United States Copyright Office. The Photos and Graphics were
20  registered before Defendants' copyright infringement of the same. The Photos and
21  Graphics, each representing an individual work, are individual copyrighted and
22  registered in the following U.S. Copyright Registrations: VA0002364598,
23  VA0002364605, VA0002295739, VA0002295891, VA0002295916,
24  VA0002300641, VA0002283011, VA0002319812, VA0002350942,
25  VA0002362176, VA0002303093, and VA0002298765.

26          10.     True and correct copies of the foregoing Copyright Registration
27  Certificates are attached hereto as Exhibit A.

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*The Defendants and the Marketplace*

11.     Defendants took several of Plaintiff's copyrighted Photos, some of which incorporating copyrighted Graphics, and reproduced them and publicly displayed them on their commercial website to advertise their apparel products.

12.     Defendants have repeatedly copied the Photos, and incorporated Graphics, for purposes of selling knock-off products.  The following image is a Dolls Kill product on the Dolls Kill website (https://www.dollskill.com/widow-argyle-skull-print-mini-skirt.html).  The image is a copyrighted Photo and the graphic on the apparel is a copyrighted Graphic.



13.     The following image is from the RebelsMarket website (https://www.rebelsmarket.com/products/mall-goth-sexy-slim-fit-five-pointed-star-print-vest-crop-top-dark-academia-275008), making use of the exact same Photo, incorporating the same Graphic, ostensibly to sell a competing product.



4

**COMPLAINT**

14.    Below are further examples of RebelsMarket's infringement, with the Dolls Kill product, featuring the copyrighted Photo, on the left, and the infringing use of that Photo by RebelsMarket, on the right:



Source: https://www.rebelsmarket.com/products/goth-grunge-punk-plaid-lace-up-party-mini-dress-grey-pink-blue-275330?ref=styles.



Source: https://www.rebelsmarket.com/products/goth-grunge-punk-plaid-lace-up-party-mini-dress-pink-white-blue-275329?ref=recently-viewed-widget.

15.    Below is RebelsMarket's infringing use (on the right) of the copyrighted image for Dolls Kill's Straight Outta Hell Oversized Sweater. Source: https://www.rebelsmarket.com/products/punk-women-s-sweater-autumn-new-pullover-and-long-bat-tattered-sweater-231829?ref=styles. DK's image can be found at https://www.dollskill.com/products/straight-outta-hell-oversized-sweater, and the image and pattern are covered by Copyright Registrations Nos. VA0002303093 and VA0002298765.

**COMPLAINT**



16.    Below is RebelsMarket's infringing use (on the left) of the copyrighted image for Dolls Kill's Chained N' Dangerous Hoodie (on the right).




17.    Below is RebelsMarket's infringing use (on the left) of the copyrighted image for Dolls Kill's Eternal Damnation Graphic Tank (on the right). DK's image and pattern are covered by Copyright Registrations Nos. VA0002300641 and VA0002283011.



6

**COMPLAINT**

18.   Below is RebelsMarket's infringing use (on the left) of the copyrighted image for Dolls Kill's Ashes to Ashes Graphic Hoodie (on the right).



19.   Below is RebelsMarket's infringing use (on the left) of the copyrighted image for Dolls Kill's Supernatural Being Graphic Hoodie (on the right).



20.   Below is RebelsMarket's infringing use (on the left) of the copyrighted image for Dolls Kill's Eternal Torment Graphic Hoodie (on the right).

/ / /

/ / /

/ / /

21.    Below is RebelsMarket's infringing use (on the left) of the copyrighted image for Dolls Kill's Midnight's Embrace Mesh Bodysuit (on the right).

 

22.    Below is RebelsMarket's infringing use (on the left) of the copyrighted image for Dolls Kill's Magenta Super Creep Striped Sweater (on the right).

 

23.    Below is RebelsMarket's infringing use (on the left) of the copyrighted image for Dolls Kill's Body of Sin Mini Dress (on the right).

 

**COMPLAINT**

24.    Below is RebelsMarket's infringing use (on the left) of the copyrighted image for Dolls Kill's All the Rage Sheer Mini Dress (on the right).




25.    In addition to the foregoing, Defendant's infringement of the Graphics and Photos includes at least the following instances:

| # | Thumbnail of Infringing Use of Copyrighted Image and/or Graphic | Image Copyright Registration | Graphic Copyright Registration |
|---|---|---|---|
| 1 | | VA0002364598 | No graphic |
| 2 | | VA0002364605 | VA0002295891 |
| 3 | | VA0002364605 | VA0002295891 |

**COMPLAINT**

| # | Thumbnail of Infringing Use of Copyrighted Image and/or Graphic | Image Copyright Registration | Graphic Copyright Registration |
|---|---|---|---|
| 4 | | VA0002364598 | VA0002295916 |
| 5 | | VA0002364598 | VA0002295916 |
| 6 | | VA0002364598 | VA0002295916 |
| 7 | | VA0002364598 | VA0002295739 |
| 8 | | VA0002364598 | VA0002295739 |
| 9 | | VA0002364598 | VA0002295739 |
| 10 | | VA0002300641 | VA0002295916 |

10

**COMPLAINT**

| # | Thumbnail of Infringing Use of Copyrighted Image and/or Graphic | Image Copyright Registration | Graphic Copyright Registration |
|---|---|---|---|
| 11 | | VA0002364605 | No graphic |
| 12 | | VA0002364598 | No graphic |
| 13 | | VA0002362176 | VA0002319812 |
| 14 | | VA0002362176 | VA0002319812 |
| 15 | | VA0002362176 | VA0002319812 |
| 16 | | VA0002362176 | VA0002319812 |
| 17 | | VA0002350942 | No graphic |

**COMPLAINT**

26.     Defendants did not seek a license to use the Photos and/or Graphics, nor did they ask for permission of any kind to take the photos and use them for their commercial purposes.

27.     On information and belief, Defendants make revenue through selling apparel through their website.

28.     Defendants claim intellectual property rights, specifically copyright interests, in their online content.

29.     Despite Defendants' awareness of the importance of intellectual property rights and their potential to incur liability for the infringement of the same, Defendants infringed DK's copyrights in the Photos and/or Graphics. A true and correct copy of the infringements are attached as Exhibit B, which demonstrates that the Photos and/or Graphics were reproduced, publicly displayed, and distributed by Defendants.

30.     Plaintiff is informed and believes that Defendants have violated federal law by willfully infringing DK's copyrights to at least the Photos and/or Graphics identified in Exhibit A. Specifically, Defendants reproduced, displayed and distributed the Photos, and/or derivatives thereof without permission, consent, or license.

31.     DK has never sold or licensed the Photos and/or Graphics to Defendants.

32.     Plaintiff is informed and believes, and on that basis alleges, that Defendants have driven significant traffic to their website in large part due to the presence of the sought after and searched for products that were photographed that frame this dispute. All this traffic translates into substantial ill-gotten commercial advantage and revenue generation for Defendants as a direct consequence of their infringing actions.

/ / /

/ / /

**COMPLAINT**

## **FIRST CLAIM FOR RELIEF**

### **(Copyright Infringement, 17 U.S.C. § 501)**

### **(By Plaintiff against All Defendants)**

33.     Plaintiff DK incorporates herein by reference the allegations set forth above as though fully set forth herein.

34.     DK is the rightsholder to the copyright of the Designs and Photos, which substantially consist of wholly original material that constitute copyrightable subject matter under the laws of the United States. DK has complied in all respects with the Copyright Act and all laws of the United States governing copyrights. The Graphics and Photos have been timely registered with the United States Copyright Office.

35.     Defendants have directly, vicariously, and/or contributorily infringed, and unless enjoined, will continue to infringe DK's copyrights by reproducing, displaying, distributing, and utilizing the Photos and/or Graphics for purposes of trade without authorization of or payment to DK in violation of 17 U.S.C. §§ 501, et seq.

36.     Defendants have willfully infringed, and unless enjoined, will continue to infringe DK's copyrights by knowingly reproducing, displaying, distributing, and utilizing the Photos and/or Graphics for purposes of trade.

37.     Plaintiff is informed and believes, and on that basis alleges, that Defendants' acts of infringement are willful because, inter alia, the Defendants are sophisticated businesses with full knowledge of the strictures of federal copyright law and the basic requirements for licensing the use of copyrighted content for commercial exploitation.

38.     Plaintiff is informed and believes, and on that basis alleges, that Defendants, despite such knowledge, willfully reproduced and distributed the Graphics and Photos, without any right to do so.

**COMPLAINT**

39.     Defendants have received substantial benefits in connection with the unauthorized reproduction, distribution, and utilization of the Photos and/or Graphics for purposes of trade, including by increasing the traffic to their websites and use of their services.

40.     Defendants' unauthorized actions were and are continuing to be performed without DK's permission, license, or consent.

41.     Defendants' wrongful acts have caused, and are causing, great injury to DK, of which damages cannot be accurately computed, and unless this Court restrains Defendants from further commission of said acts, DK will suffer irreparable injury, for all of which it is without an adequate remedy at law. Accordingly, DK seeks a declaration that Defendants are infringing DK's copyrights and an order under 17 U.S.C. § 502 enjoining Defendants from any further infringement of DK's copyrights.

42.     As a result of Defendants' wrongful acts alleged herein, DK has suffered and is suffering substantial damage to its business in the form of diversion of trade, loss of profits, injury to goodwill and reputation, and the dilution of the value of its rights, all of which are not yet fully ascertainable.

43.     Because of the willful nature of Defendants' copyright infringement, DK is entitled to an award of statutory damages of up to $150,000 per copyrighted work.

44.     DK has identified at least thirty (30) copyrighted works—seventeen (17) Photos and thirteen (13) Graphics—infringed by Defendants, which occurred by way of reproduction, public distribution, and public display of the Graphics and/or Photos on the Defendants' website.

45.     Alternatively, at its discretion, DK is entitled to actual damages in an amount to be proven at trial for the infringement of all works at issue.

46.     DK is also entitled to its attorneys' fees and costs in prosecuting this action.

14

**COMPLAINT**

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff DK requests judgment against Defendants as follows:

1.      That the Defendants, their officers, agents, servants, employees, representatives, and attorneys, and all person in active concert or participation with them, be permanently enjoined from designing, copying, reproducing, displaying, promoting, advertising, distributing, or selling, or any other form of dealing or transaction in, any and all advertising and promotional materials, print media, signs, Internet websites, or any other media, either now known or hereafter devised, bearing any design or mark which infringe, contributorily infringe, or vicariously infringe upon DK's rights in the photographs at issue;

2.      For statutory damages for copyright infringement, including willful infringement, in accordance with 17 U.S.C. §§ 504 (a)(2) and (c), and for costs, interest, and reasonable attorney's fees pursuant to 17 U.S.C. § 505;

3.      For an accounting to be made for all profits, income, receipts, or other benefit derived by Defendants from the reproduction, copying, display, promotion, distribution, or sale of products and services, or other media, either now known or hereafter devised that improperly or unlawfully infringes upon DK's copyrights pursuant to 17 U.S.C. § 504 (a)(1) and (b);

4.      Requiring Defendants to account for and pay over to DK all profits derived by Defendants from their acts of copyright infringement and to reimburse DK for all damages suffered by DK by reasons of Defendants' acts, pursuant to 17 U.S.C. §§ 504 (a)(1) and (b);

/ / /
/ / /
/ / /
/ / /
/ / /

15

**COMPLAINT**

5.      For actual damages for copyright infringement pursuant to 17 U.S.C. §§ 504 (a)(1) and (b); and

6.      For any such other and further relief as the Court may deem just and appropriate.

Dated:  May 10, 2024                          **ONE LLP**

                                       By: /s/ Taylor C. Foss
                                              Taylor C. Foss
                                              Peter R. Afrasiabi
                                              Attorneys for Plaintiff,
                                              Dolls Kill, Inc.

16

**COMPLAINT**

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury as to all claims and all issues properly triable thereby.

Dated:  May 10, 2024                    **ONE LLP**

                                        By: /s/ Taylor C. Foss
                                            Taylor C. Foss
                                            Peter R. Afrasiabi
                                            Attorneys for Plaintiff,
                                            Dolls Kill, Inc.

17

**COMPLAINT**